UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>    Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>ROBERT CALVIN STEPHENS,  )<br>  )<br>    Defendant.  ) | Case No. 4:09CR00249DJS(FRB) |

## **ORDER**

This matter is before the Court on the motion of Defendant to reduce the amount set for his bond. The government has not filed any objection to the request. For good cause shown, Defendant's motion for bond reduction [Doc. #18] is **GRANTED**. Defendant shall be released on a $10,000 bond, secured by property or 10% cash, together with all other conditions set forth in this Court's Order dated April 20, 2009.

Dated this 30th day of April, 2009.

*Audrey G. Fleissig*
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE